**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TENNESSEE COMMERCE BANK,<br><br>       Plaintiff,<br><br>v.<br><br>MILLENNIUM PROPERTIES &<br>DEVELOPMENT, INC.,<br><br>       Defendant. | 2:09-CV-2170 JCM (RJJ) |

**ORDER**

Presently before the court is plaintiff Tennesee Commerce Bank's motion to amend judgment. (Doc. # 15).

This court granted plaintiff default judgment against defendant Millennium Properties & Development, Inc. in the amount of $107,260.95, accruing interest at the rate of $27.61 per day after January 6, 2010. This court later granted plaintiff's motion for attorneys' fees in the amount of $15,473.11.

Plaintiff now requests that the court amend the judgment to include the attorneys' fees. Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to amend judgment is GRANTED.

DATED July 28, 2010.

_____
UNITED STATES DISTRICT JUDGE