# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Tennessee Commerce Bank,

                Plaintiff,

V.

Millennium Properties & Development, Inc.,

                Defendant.

**AMENDED**
**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-02170-JCM-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

DEFAULT JUDGMENT is entered in favor of Plaintiff Tennessee Commerce Bank and against Defendant Millennium Properties & Development, Inc. in the amount of $107,260.95 through January 6, 2010, and interest accruing at the rate of $27.61 per day and for attorney's fees in the amount of $15,473.11.

| | |
|---|---|
| July 28, 2010 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Aaron Blazevich |
| | (By) Deputy Clerk |